## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**WILLIE HUTCHERSON**                                                                    **PLAINTIFF**
**ADC #093873**

v.                          **CASE NO. 2:23-CV-00030-BSM-JTR**

**MARJORIE HAYS,** *et al.*,                                                          **DEFENDANTS**

### ORDER

Having reviewed the record *de novo*, Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 8] is adopted and Willie Hutcherson's claims against Crystal Rivers, Jesica Bocakman-Fitts, Health Services Administrator Hatchett, and Director of Medical and Health Services Culdage are dismissed without prejudice. The clerk is directed to terminate these individuals as parties.

IT IS SO ORDERED this 23rd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE