# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

WILLIE HUTCHERSON                                                                                       PLAINTIFF
ADC #093873

V.                              No. 2:23-CV-30-BSM-JTR

MARJORIE HAYS, NP, APN,
PA, Wellpath Medical Provider;
WELLPATH MEDICAL SERVICES,
Supervisor, Employer; and TRACY
BENNETT, APRN, Wellpath Medical Services                                           DEFENDANTS

## ORDER

Plaintiff Willie Hutcherson ("Hutcherson"), a prisoner incarcerated in the East Arkansas Regional Unit of the Arkansas Division of Correction, has filed a *pro se* § 1983 action alleging Defendants violated his constitutional rights. *Docs. 1, 7*. On October 23, 2023, United States District Judge Brian S. Miller adopted this Court's Recommendation that Hutcherson be allowed to proceed with his Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Marjorie Hays, Wellpath Medical Services, and Tracy Bennett.[1] *Docs. 8, 10*. All other Defendants and claims were dismissed, without prejudice, for failure to state a claim upon which relief may be granted. *Id.*

---

[1]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b).

IT IS THEREFORE ORDERED THAT:

1. Hutcherson's October 17, 2023 Motion for Service (*Doc. 9*) is GRANTED in part.

2. Hutcherson's March 27, 2023 Motion for Service (*Doc. 6*) is DENIED as moot.

3. The Clerk is directed to prepare a summons for Defendant Wellpath Medical Services.

4. The United States Marshal is directed to serve the summons, Complaint and Addendum (*Docs. 1, 7*), and this Order on Wellpath through its registered agent, Corporate Creations Network, 609 SW 8th Street, #600, Bentonville, AR 72712.

5. Service for Wellpath employees, Defendants Hays and Bennett, will be directed by separate order.

SO ORDERED this 25th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE