IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

WILLIE HUTCHERSON                                                        PLAINTIFF
ADC #093873

V.                          Case No. 2:23-CV-00030-BBM

WELLPATH, LLC                                                            DEFENDANT

## ORDER

On November 18, 2024, Defendant Wellpath, LLC filed a suggestion of bankruptcy and a notice of an automatic stay of these proceedings due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. (Doc. 31); *see In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On May 22, 2025, Wellpath notified the Court that the bankruptcy stay has been lifted. (Doc. 36).

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is LIFTED.

2. Hutcherson's Motion to Strike Affirmative Defense, (Doc. 32), is DENIED as moot.

3. The parties must complete discovery on or before July 11, 2025, and file any dispositive motion on the merits on or before August 11, 2025.

SO ORDERED this 27th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE